FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 13 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:11CR 143 |
| WANDA JACKSON | § | Judge Schell |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 29 U.S.C. § 501(c)
(Embezzlement and Theft of Labor Union Assets)

Between in or about July 2007 and on or about September 9, 2010, in the Eastern District of Texas, **Wanda Jackson**, defendant, while an officer, that is, Treasurer of National Association of Letter Carriers Branch 4065, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use moneys, funds, securities, property, and other assets of this labor organization in the approximate amount of $41,246.95.

In violation of 29 U.S.C. § 501(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____        _____7/13/11_____
Miriam E. Rea                     Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | NO. 4:11CR |
| | § | Judge |
| WANDA JACKSON | § § | |

## NOTICE OF PENALTY

### Count One

Violation: 29 U.S.C. § 501(c)

Penalty: Not more than five years imprisonment, a fine not to exceed $250,000, or twice any pecuniary gain to the defendant or gross loss to any victim(s) or both; supervised release of not more than three years.

Special Assessment: $100.00